UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LUNA ECLIPS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PAMELA SCOTT WASHINGTON,<br><br>　　　　　　Defendant. | CASE NO. C22-5501 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge, Dkt. 3. Judge Fricke recommends the Court deny Plaintiff Luna Eclips's Motion for Leave to Proceed *in forma pauperis*, Dkt. 1, because this District is an improper venue. Dkt. 3. Eclips did not object. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff Luna Eclips's Motion for Leave to Proceed *in forma pauperis*, Dkt. 1, is **DENIED**; and

(3) The Clerk shall enter JUDGMENT and close this case.

ORDER - 1

1  Dated this 29th day of August, 2022.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

1     Dated this 29th day of August, 2022.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge